No. —, original. Ex parte Harold Maniloff. October 12, 1936. Motion for leave to file petition for writ of mandamus denied.

No. —, original. Ex parte Nichols, State Tax Commissioner of North Dakota. October 12, 1936. The rule to show cause herein is discharged and the motion for leave to file petition for writ of mandamus is denied. *Mr. P. O. Sathre,* Attorney General of North Dakota, and *Mr. Charles A. Verret,* Assistant Attorney General, for petitioner. *Messrs. F. G. Dorety* and *C. J. Murphy* for respondent.

No. 10, original. Nebraska v. Wyoming et al. October 12, 1936. The replications of Nebraska to the amended and supplemental answer of Wyoming and the answer of Colorado, the answers of Nebraska and Wyoming to the cross-bill of Colorado, and the replications of Colorado to the answers of Nebraska and Wyoming are received and ordered filed.

It is ordered that the authority granted Michael J. Doherty, Esq., the Special Master, by the provisions of the order entered herein on October 14, 1935, shall be deemed to embrace like authority in relation to the issues raised by the pleadings above mentioned.